UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SCOTT MATTHEW YOTKA<br>  a/k/a "Scottnjax44" | CASE NO. 3:21-cr-106-MMH-JBT |
| Counsel for Government:<br>Rodney Brown | Counsel for Defendant:<br>Maurice Grant |

HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey
U.S. Probation: Joshua Blakely

## CLERK'S MINUTES

PROCEEDINGS OF:   SENTENCING

Plea previously accepted.

Defendant adjudged guilty on Counts **One and Two of the Indictment**

Imprisonment: **SEVEN HUNDRED TWENTY (720) MONTHS, consisting of THREE HUNDRED SIXTY (360) MONTHS as to each Count One and Count Two to run consecutively**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at FCI Englewood given the availability of sex offender treatment at that location and the Court's firm observation that Defendant is in need of such treatment.
- Defendant enroll in any educational and vocational programs available.

Supervised Release:   **LIFE, consisting of LIFE as to each Count One and Count Two to run concurrently**

Special conditions of supervised release:
- Defendant shall participate as directed in a mental health program specializing in sexual offender treatment and submit to polygraph testing.
- Defendant shall register with the state sexual offender registration agency in any state where he resides, visits, is employed, carries on a vocation, or is a student. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes.

- Defendant shall have no direct contact with minors and shall refrain from entering into any area where children frequently congregate.
- Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.
- Defendant is prohibited from either possessing or using a computer capable of connecting to an online service or an internet service provider.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computers, or vehicle.
- Defendant shall have no contact, direct or indirect, with the victims identified in Counts One and Two (Minor 1 and Minor 2).
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant is prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer. If no restitution is ordered, the Court will enter an amended judgment removing this condition.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Mandatory drug testing requirements waived.

Special Assessment: __$200.00__ to be paid immediately.

Restitution: Counsel for the United States shall file a notice no later than **February 21, 2023**, advising the Court whether restitution will be requested. If so, the Court will set a restitution hearing.

Count Three of the Indictment is dismissed on the motion of the Assistant U.S. Attorney and pursuant to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: December 21, 2022     Time: 9:47 a.m. – 10:56 a.m.   Total: 1 Hour, 9 Minutes