```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,          Jacksonville, Florida

        Plaintiff,                 Case No. 3:21-cr-00106-MMH-JBT

-vs-                               September 22, 2021

SCOT MATTHEW YOTKA,                2:34 p.m. - 2:38 p.m.

        Defendant.                 (Digitally Recorded)
```

**DIGITALLY RECORDED DETENTION HEARING**

BEFORE THE HONORABLE JOEL B. TOOMEY
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S

COUNSEL FOR PLAINTIFF:
**D. RODNEY BROWN, Esquire**
  United States Attorney's Office
  300 North Hogan Street, Suite 700
  Jacksonville, FL 32202


COUNSEL FOR DEFENDANT:
**MAURICE C. GRANT, II, Esquire**
  Federal Public Defender - MDFL
  200 West Forsyth Street, Suite 1240
  Jacksonville, FL 32202


OFFICIAL COURT REPORTER:
Katharine M. Healey, RMR, CRR, FPR-C
  PO Box 56814
  Jacksonville, FL 32241
  Telephone: (904) 301-6843
  KatharineHealey@bellsouth.net


(Proceedings recorded by electronic sound recording;
transcript produced by computer.)

```
 1                      P R O C E E D I N G S
 2   September 21, 2021                                 2:34 p.m.
 3                             -  -  -
 4             COURT SECURITY OFFICER:  -- court is now in session.
 5   The Honorable Joel B. Toomey presiding.
 6             THE COURT:  We're here on the case United States vs.
 7   Scott Matthew Yotka, Case Number 3:21-mj-1443.
 8             And the defendant's present along with his attorney,
 9   Mr. Grant.  And Mr. Brown is here for the government.
10             And we're here for a detention hearing.  Are the
11   parties ready to proceed on that?
12             MR. GRANT:  Your Honor, it's my understanding the
13   government still intends to seek detention.
14             I've communicated with Mr. Yotka.  We are in a
15   position where he is going to waive the detention hearing,
16   reserving the right to reopen in the event that we are able to
17   find a suitable third-party custodian.
18             THE COURT:  Madam Clerk, if you can swear in
19   Mr. Yotka.
20             COURTROOM DEPUTY:  Do you solemnly swear or affirm
21   the answers you will give in these proceedings will be the
22   truth, the whole truth, and nothing but the truth?
23             THE DEFENDANT:  I do.
24             COURTROOM DEPUTY:  And please state your name for the
25   record.
```

```
 1              THE DEFENDANT:  Scott Matthew Yotka.
 2              THE COURT:  Mr. Yotka, let me ask you a couple of
 3   background questions again.
 4              What was your date of birth?
 5              THE DEFENDANT:  May 20th, 1974.
 6              THE COURT:  And are you currently under the influence
 7   of any drugs, alcohol, medication, or intoxicants?
 8              THE DEFENDANT:  Just blood pressure medicine.
 9              THE COURT:  And is that a prescribed medication?
10              THE DEFENDANT:  It is.
11              THE COURT:  And does that interfere with your ability
12   to understand the proceedings in any way?
13              THE DEFENDANT:  Negative.
14              THE COURT:  And do you clearly understand where you
15   are, what you're doing, and the importance of this proceeding?
16              THE DEFENDANT:  Yes, sir.
17              THE COURT:  So your attorney has indicated that
18   you're willing to waive your right to a detention hearing at
19   this time, reserving the right to reopen it should you be able
20   to present a potential third-party custodian.
21              Is that what you want to do?
22              THE DEFENDANT:  Yes, sir.
23              THE COURT:  And have you spoken with your attorney
24   about this?
25              THE DEFENDANT:  Yes, sir.
```

```
 1              THE COURT:  And you understand you will be held in
 2   custody at least until this charge is determined or such a
 3   hearing is held and you're placed on bond?
 4              THE DEFENDANT:  Yes, sir.  I've got nowhere else to
 5   go.
 6              THE COURT:  And do you make this waiver freely and
 7   voluntarily?
 8              THE DEFENDANT:  Yes, sir.
 9              THE COURT:  All right.  I find the defendant has made
10   a knowing and voluntary waiver of his right to a detention
11   hearing, reserving the right to have it should a potentially
12   suitable third-party custodian be found.  So I will enter an
13   order of detention.
14              And we still have the matter of a potential
15   preliminary hearing.  What did you want to do?
16              MR. BROWN:  Yes, Your Honor.  If the Court could
17   please set that for September 30th, anytime on Thursday,
18   September 30th.  I spoke with defense counsel about that.  We
19   expect grand jury presentment on September 29th.  And that
20   would be -- by my count, the 30th would be the 13th day.
21              THE COURT:  Is two o'clock . . .
22              MR. GRANT:  Two o'clock is fine, Your Honor.
23              MR. BROWN:  That's fine, Your Honor.
24              THE COURT:  Set this case for preliminary hearing for
25   September 30th at two o'clock.
```

```
 1              Is there anything further?
 2              THE DEFENDANT:  Your Honor, can I just say one thing?
 3              THE COURT:  Sure.  You better -- you might want to
 4   talk to your attorney first, but it's okay.
 5              MR. GRANT:  Just a moment, Your Honor.
 6         (Pause in proceedings.)
 7              MR. GRANT:  You can proceed, Your Honor.
 8              THE COURT:  Mr. Yotka, did you want to say something?
 9              THE DEFENDANT:  No, sir, I'm good.
10              THE COURT:  All right.  Court will be in recess.
11   Thank you.
12              COURT SECURITY OFFICER:  All rise.
13         (Proceedings concluded at 2:38 p.m.)
14                          -   -   -
```

```
 1              CERTIFICATE OF OFFICIAL COURT REPORTER
 2    UNITED STATES DISTRICT COURT)
 3    MIDDLE DISTRICT OF FLORIDA )
 4
 5         I, court approved transcriber, certify that the
 6    foregoing is a correct transcript from the official electronic
 7    sound recording of the proceedings in the above-entitled
 8    matter.
 9
10         DATED this 20th day of January 2023.
11
12                        /s/ Katharine M. Healey
                          Katharine M. Healey, RMR, CRR, FPR-C
13                        Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```