```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,        Case No. 3:21-cr-00106-MMH-JBT

       Plaintiff,                January 24, 2022

v.                               3:41 p.m. - 3:45 p.m.

SCOTT MATTHEW YOTKA,             Courtroom 10B

       Defendant.
```

**TELEPHONIC CRIMINAL STATUS CONFERENCE**

BEFORE THE HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S**

COUNSEL FOR PLAINTIFF:
**D. RODNEY BROWN**, **Esquire**
  United States Attorney's Office
  300 North Hogan Street, Suite 700
  Jacksonville, FL 32202

COUNSEL FOR DEFENDANT:
**MAURICE C. GRANT, II, Esquire**
  Federal Public Defender - MDFL
  200 West Forsyth Street, Suite 1240
  Jacksonville, FL 32202

OFFICIAL COURT REPORTER:
Katharine M. Healey, RMR, CRR, FPR-C
  PO Box 56814
  Jacksonville, FL 32241
  Telephone: (904) 301-6843
  KatharineHealey@bellsouth.net

(Proceedings reported by stenography;
transcript produced by computer.)

```
 1                      P R O C E E D I N G S
 2   January 24, 2022                                    3:41 p.m.
 3             THE COURT:  Next is Case No. 3:21-cr-106-MMH-JBT,
 4   United States of America vs. Scott Matthew Yotka.
 5             Mr. Brown, are you here for Mr. Yotka -- for the
 6   United States as to Mr. Yotka?
 7             MR. BROWN:  Yes, Your Honor.
 8             THE COURT:  And Mr. Grant?
 9             MR. GRANT:  I'm still here, Your Honor.
10             THE COURT:  Okay.  Mr. Grant, where are you?  Last
11   time you were -- you hadn't had a chance to meet with the
12   client, so have we gotten beyond that?
13             MR. GRANT:  Well, I've met with the client a couple
14   of times.  I'm still waiting for the State prosecutor to get
15   back to me.
16             But in any event, when I spoke to Mr. Yotka and
17   advised him that I still hadn't received word back from the
18   State prosecutor, he indicated to me that he wanted to start
19   moving on with his case.
20             And I communicated to Mr. Brown that Mr. Yotka is
21   wanting to revolve his case.  And we communicated an offer to
22   the Government, but we probably won't physically get into court
23   until I can get word back from the State prosecutor.  But we
24   are asking to start the process here in all earnestness.
25             THE COURT:  So how much time do you think you're
```

```
 1  going to need, Mr. Grant?
 2           MR. GRANT:  I would think 30 days, because I mean, I
 3  hoping -- I'm hoping, you know, that I'll hear back from the
 4  prosecutor in State Court before that.
 5           And Mr. Brown, I'm also hoping that he'll accept our
 6  offer, in which case I can get a plea agreement and go talk to
 7  Mr. Yotka.
 8           THE COURT:  Mr. Brown?
 9           MR. BROWN:  No objection to whatever continuance
10  Mr. Grant needs.
11           THE COURT:  I guess, Mr. Brown, is 30 days, in your
12  mind, going to be sufficient to get all those pieces together?
13           MR. BROWN:  Your Honor, you know, I would defer to my
14  colleague, but 30 days seems a little tight when you're dealing
15  with two different sovereigns, Your Honor.  And I guess I
16  represent the second sovereign in line, so I think 60 is
17  probably more realistic.
18           THE COURT:  Mr. Grant, would you like to take that as
19  a friendly amendment, or do you want to keep it at 30 days just
20  to make sure it's moving?
21           MR. GRANT:  I will take it as a friendly amendment.
22  And primarily because Mr. Yotka's exposure is so great, 60 days
23  won't make a difference.
24           THE COURT:  Okay.  All right.  So that's Mr. Yotka's
25  motion for a 60-day continuance in order to allow Mr. Grant to
```

1  continue his efforts to confer with the State Court prosecutor
2  and also to continue plea negotiations with the United States.
3         The United States has no objection to the 60-day
4  continuance, and the Court will grant that continuance and
5  would also find that the ends of justice served by giving the
6  defendant the opportunity -- or the additional time to complete
7  those matters outweighs the best interests of the public and
8  the defendant in a speedy trial.
9         We'll put the case on the Court's April 2022 trial
10 term.  That trial term begins April 4th.  Statuses will be
11 March 21st and the plea deadline will be March 28th.
12        Because the Court has found that the ends of justice
13 served by granting the continuance outweigh the best interests
14 of the public and the defendant in a speedy trial, all-time
15 from now until the end of the April trial term will be
16 excludable time.
17     (Proceedings concluded at 3:45 p.m.)
18                    -   -   -

```
 1              CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3  UNITED STATES DISTRICT COURT)
 4  MIDDLE DISTRICT OF FLORIDA )
 5
 6       I hereby certify that the foregoing transcript is a true
 7  and correct computer-aided transcription of my stenotype notes
 8  taken at the time and place indicated herein.
 9
10       DATED this 20th day of January 2023.
11
12                       /s/ Katharine M. Healey
                         Katharine M. Healey, RMR, CRR, FPR-C
13                       Official Court Reporter
```