```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                        JACKSONVILLE DIVISION

 3   UNITED STATES OF AMERICA,       Case No. 3:21-cr-00106-MMH-JBT

 4            Plaintiff,             March 21, 2022

 5   v.                              3:06 p.m. - 3:09 p.m.

 6   SCOTT MATTHEW YOTKA,            Courtroom 10B

 7            Defendant.

 8
                       CRIMINAL STATUS CONFERENCE
 9
              BEFORE THE HONORABLE MARCIA MORALES HOWARD
10                    UNITED STATES DISTRICT JUDGE

11                        A P P E A R A N C E S

12   COUNSEL FOR PLAINTIFF:
     D. RODNEY BROWN, Esquire
13     United States Attorney's Office
       300 North Hogan Street, Suite 700
14     Jacksonville, FL 32202

15
     COUNSEL FOR DEFENDANT:
16   MAURICE C. GRANT, II, Esquire
       Federal Public Defender - MDFL
17     200 West Forsyth Street, Suite 1240
       Jacksonville, FL 32202
18

19   OFFICIAL COURT REPORTER:
     Katharine M. Healey, RMR, CRR, FPR-C
20     PO Box 56814
       Jacksonville, FL 32241
21     Telephone: (904) 301-6843
       KatharineHealey@bellsouth.net
22
                              (Proceedings reported by stenography;
23                             transcript produced by computer.)

24

25
```

```
 1                      P R O C E E D I N G S
 2   March 21, 2022                                      3:06 p.m.
 3            THE COURT:  We are here for the status conferences
 4   for the Court's April 2022 trial term.
 5            First up is Case No. 3:21-cr-106-MMH-JBT, United
 6   States of America vs. Scott Matthew Yotka.
 7            Mr. Brown is here for the United States.  Mr. Grant
 8   is here for Mr. Yotka.
 9            Mr. Grant.
10            MR. GRANT:  I would say it's nice to be back after
11   two years of actually not having in-person statuses, but we
12   have been seeing each other, so . . .
13            But in any event, with respect to Mr. Yotka, we have
14   extended an offer to the government.  Mr. Brown has indicated
15   that he was giving me a counter proposal, and then I had
16   indicated to him a suggestion regarding the counter proposal.
17   And I hope he's still taking that under advisement.
18            MR. BROWN:  That's right, Your Honor.  Mr. Grant and
19   I have been speaking over the last few weeks or so, maybe even
20   longer than that, with regard to plea negotiations.  And we
21   don't really have anything that we care to discuss with the
22   Court at this point, but I think a continuance would be
23   justified.
24            MR. GRANT:  Correct.  I would say one month, Your
25   Honor.
```

```
 1            THE COURT:  All right.  So that's Mr. Yotka's motion
 2   to continue the matter for a month in order to allow counsel to
 3   continue plea negotiations on his behalf.
 4            And I understand from Mr. Brown's comments that
 5   there's no objection by the United States?
 6            MR. BROWN:  That's correct, Your Honor.
 7            THE COURT:  And so on that basis the Court will grant
 8   the motion and will continue the matter to the May trial term.
 9   The May trial term begins May the 2nd.  Statuses will be
10   April 18th.  Plea deadline is April 25th.
11            The Court will find that the ends of justice served
12   by permitting the defendant additional time to pursue plea
13   negotiations outweighs the best interests of the public and the
14   defendant in a speedy trial, so all time from now until the end
15   of the May trial term will be excludable time.
16       (Proceedings concluded at 3:09 p.m.)
17                          -   -   -
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3   UNITED STATES DISTRICT COURT)
 4   MIDDLE DISTRICT OF FLORIDA )
 5
 6        I hereby certify that the foregoing transcript is a true
 7   and correct computer-aided transcription of my stenotype notes
 8   taken at the time and place indicated herein.
 9
10        DATED this 20th day of January 2023.
11
12                            /s/ Katharine M. Healey
                              Katharine M. Healey, RMR, CRR, FPR-C
13                            Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```