```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                        JACKSONVILLE DIVISION

 3   UNITED STATES OF AMERICA,       Case No. 3:21-cr-00106-MMH-JBT

 4          Plaintiff,                April 18, 2022

 5   v.                               3:14 p.m. - 3:16 p.m.

 6   SCOTT MATTHEW YOTKA,             Courtroom 10B

 7          Defendant.

 8
                       CRIMINAL STATUS CONFERENCE
 9
            BEFORE THE HONORABLE MARCIA MORALES HOWARD
10                  UNITED STATES DISTRICT JUDGE

11                     A P P E A R A N C E S

12   COUNSEL FOR PLAINTIFF:
     D. RODNEY BROWN, Esquire
13     United States Attorney's Office
       300 North Hogan Street, Suite 700
14     Jacksonville, FL 32202

15
     COUNSEL FOR DEFENDANT:
16   MAURICE C. GRANT, II, Esquire
       Federal Public Defender - MDFL
17     200 West Forsyth Street, Suite 1240
       Jacksonville, FL 32202
18

19   OFFICIAL COURT REPORTER:
     Katharine M. Healey, RMR, CRR, FPR-C
20     PO Box 56814
       Jacksonville, FL 32241
21     Telephone: (904) 301-6843
       KatharineHealey@bellsouth.net
22
                          (Proceedings reported by stenography;
23                         transcript produced by computer.)

24

25
```

**P R O C E E D I N G S**

April 18, 2022                                               3:14 p.m.

THE COURT: Case No. 3:21-cr-106-MMH-JBT, United States of America vs. Scott Matthew Yotka.

Mr. Brown for the United States. Mr. Grant for Mr. Yotka.

We continued it for a month for plea negotiations. Where does that stand?

MR. GRANT: Your Honor, we are still in the midst of those same negotiations. I spoke to Mr. Brown, I believe it was Thursday of last week, and he indicated that it was still under consideration.

THE COURT: All right. So where does that leave us today?

MR. GRANT: I ask for 30 days.

MR. BROWN: No objection, Your Honor.

THE COURT: All right. So that is Mr. Yotka's motion for an additional 30 days in order to continue plea negotiations with the United States. The United States has no objection. And the Court will grant that motion, finding that the ends of justice served by granting the continuance in order to allow Mr. Yotka to exhaust his plea discussions outweighs the best interests of the public and the defendant in a speedy trial.

We'll move the matter to the June 2022 trial term,

```
1   which begins June 6th.  Statuses will be May 23rd and plea
2   deadline will be May 31st.
3           MR. GRANT:  Thank you.
4           MR. BROWN:  Thank you, Your Honor.
5      (Proceedings concluded at 3:16 p.m.)
6                         -    -    -
```

```
 1                CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3   UNITED STATES DISTRICT COURT)
 4   MIDDLE DISTRICT OF FLORIDA )
 5
 6         I hereby certify that the foregoing transcript is a true
 7   and correct computer-aided transcription of my stenotype notes
 8   taken at the time and place indicated herein.
 9
10         DATED this 20th day of January 2023.
11
12                           /s/ Katharine M. Healey
                             Katharine M. Healey, RMR, CRR, FPR-C
13                           Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```